## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
     -vs-                          :          12 CR 357   (KSH)
                                   :
                                   :
                                   :
Su-Chin Lee                        :          **ORDER OF REFERRAL**
          Defendant(s),            :
                                   :
                                   :

      The defendant, Su-Chin Lee, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

**SO ORDERED.**

Dated: May 21, 2012

_____
United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)