### HURWITZ STAMPUR & ROTH
ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

July 27, 2012

**VIA FIRST CLASS MAIL**
The Honorable Katharine S. Hayden
United States District Court
For the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: <u>United States v. Su-Chin Lee</u>
12- CR-00357 (KSH)

Dear Judge Hayden,

    I respectfully request an adjournment of Ms. Su-Chin Lee's sentence, now scheduled on September 13, 2012 until either October 24, 25 or October 17. The reason for this adjournment is on September 13, 2012 I have a conflict in the Eastern District of New York and I am still waiting for certain documents re: Ms. Lee's Sentence.

    Assistant United States Attorney Anthony Moscato has no objection to this request.

Very truly yours,

William J. Stampur

cc. AUSA Anthony Moscato (By Email)
    Probation Officer Albert Flores (By Email)

WS/mm

*Request for rescheduling granted. Sentencing is rescheduled for Oct. 30, 2012 at 10:00 a.m. SO ORDERED.*

KATHARINE S. HAYDEN, U.S.D.J.

BILLY/LEE, SU-CHIN/ADJ LETTER