# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 15, 2012

**VIA FIRST CLASS MAIL**
The Honorable Katharine S. Hayden
United States District Court
For the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

<u>Re: United States v. Su-Chin Lee</u>
12- CR-00357 (KSH)

Dear Judge Hayden,

I respectfully request an adjournment of Ms. Su-Chin Lee's sentence, now scheduled on December 10, 2012 until the week of January 21, 2013, excluding January 25. The hurricane closed my office for a period of time and resulted in rescheduling other cases and further meetings with my client in preparation for Ms. Lee's sentence.

Assistant United States Attorney Anthony Moscato has no objection to this request.

Very truly yours,

William J. Stampur

cc. AUSA Anthony Moscato (By Email)
    Probation Officer Albert Flores (By Email)

WS/dy

*Request GRANTED. Sentencing set for 1/23/13 @ 10:00 am.*

SO ORDERED: Katharine S. Hayden
KATHARINE S. HAYDEN, U.S.D.J.
DATE: 11/26/12

BILLY/LEE, SU-CHIN/ADJ LETTER 2